UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNAMARIE RIETHMILLER,

      Plaintiff,                      Case No. 1:12-cv-1043

v.                                   HON. JANET T. NEFF

UNKNOWN PARTIES,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed October 12, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 5) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is DISMISSED WITH PREJUDICE for the reasons stated in the Report and Recommendation.

A Judgment consistent with this Order will enter.


Dated: November 1, 2012                      /s/Janet T. Neff
                                                         JANET T. NEFF
                                                         UNITED STATES DISTRICT JUDGE