UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
January 11, 2013 3:27 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald /____   SCANNED BY ___/___

Annamarie Riethmiller,

    Plaintiff,

v.

Unknown Part(y)(ies),

    Defendants.
_____/

Case No. 1:12-cv-1043

Hon. Janet T. Neff

## ORDER REJECTING PLEADING

The Court has examined the following documents received December 28, 2012, and orders the Clerk to reject the 18USC2382 Report - short version and return the documents to Annamarie Riethmiller for the reason noted below:

Pursuant to the Order and Judgment entered November 1, 2012, this case is now closed.

IT IS SO ORDERED.

Dated: 1/9/2013
dfw

Ellen S. Carmody
United States Magistrate Judge

<For Court Use Only>

☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____
                                                         Initials